# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2758
_____

ALIS E. ORELLANA,

  Appellant,

  v.

WOOLEMS, INC., AMERISURE
INSURANCE, PATRICK CARNEY,
1695 NOW, LLC, CLAREMONT
FINANCIAL SERVICES, and
TRAVELERS,

  Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Iliana Forte, Judge.

Date of Accident:  October 5, 2015.

May 2, 2018

PER CURIAM.

  AFFIRMED.

LEWIS, ROBERTS, and JAY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Rodrigo L. Saavedra, Jr., of Law Office of Rodrigo L. Saavedra, Jr., P.A., Fort Lauderdale, for Appellant.

Kip O. Lassner and Daniel M. Schwarz of Cole Scott & Kissane, P.A., Plantation, for Appellees Woolems, Inc., and Amerisure Insurance; Tara L. Said of Eraclides, Gelman, Hall, Indek, Goodman, Waters & Traverso, Pensacola, for Appellee Patrick Carney; Diane H. Tutt of Conroy Simberg, Hollywood, for Appellee 1695 NOW, LLC; and Tracey J. Hyde of McConnaughhay, Coonrod, Pope, Weaver & Stern, P.A., Panama City, for Appellees Claremont Financial Services and Travelers.